1118

No. 96–1025.  MOORE v. BREWSTER ET AL.  C. A. 9th Cir. Certiorari denied.

No. 96–1029.  LOCAL 100, SERVICE EMPLOYEES INTERNATIONAL UNION v. FOUNDATION INDUSTRIES, INC.  C. A. 5th Cir. Certiorari denied.

No. 96–1030.  ZANTOP INTERNATIONAL AIRLINES, INC. v. MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION.  Ct. App. Mich.  Certiorari denied.

No. 96–1031.  CASTEEL v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 96–1036.  HOULIHAN ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–1049.  ELLIOTT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 96–1050.  ELLIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–1053.  MOSES v. AMERICAN NONWOVENS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 96–1057.  SMITH v. GRACE ET UX.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 96–1058.  OLSEN v. DRUG ENFORCEMENT ADMINISTRATION. C. A. D. C. Cir.  Certiorari denied.

No. 96–1062.  ROBERTS v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 96–1064.  VOMINH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–1068.  CASTRO v. UNITED STATES; and
No. 96–7493.  LUONGO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 89 F. 3d 1443.

No. 96–1071.  LABRUNERIE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.